## BALDWIN ET AL. *v.* MOSS ET AL.

No. 864.   Decided June 10, 1963.

Reported below: —— F. Supp. ——.

*Walt Allen, Jim A. Rinehart, Leon S. Hirsh* and *James C. Harkin* for appellants.

PER CURIAM.

The appeal is dismissed.

MR. JUSTICE HARLAN would postpone consideration of the question of jurisdiction until after argument on the merits.

## ALLEN ET AL. *v.* VIRGINIA.

No. 264, Misc.   Decided June 10, 1963.

*Leonard W. Holt* and *Simon Lawrence, Cain* for petitioners.

*Sol Goodman* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Circuit Court of Hopewell, Virginia, for reconsideration in light of *Griffin* v. *Illinois*, 351 U. S. 12.